```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,        )
                                 )
              Plaintiff          )     1:02-cr-5077 REC
                                 )
     v.                          )     NEW CASE NUMBER:
                                 )
CHERY ROBERTS,                   )     1:02-cr-5077 OWW
                                 )
              Defendant          )     ORDER REASSIGNING CASE AND
_____)     DIRECTING SELECTION FROM "REC
                                       CRIMINAL CASE" DECK
```

A petition for violation having been filed by the probation officer as to the above-named defendant;

IT IS HEREBY ORDERED that this case be reassigned from the docket of Judge Robert E. Coyle to the docket of Judge Oliver W. Wanger.

IT IS FURTHER ORDERED that the reassignment be made from the "REC CRIMINAL CASE" deck.

Dated:   October 11, 2005          /s/ OLIVER W. WANGER

                                   _____
                                   OLIVER W. WANGER
                                   United States District Judge

1